No. 88–1824.   DEFORD ET AL. *v.* SOO LINE RAILROAD CO. ET
AL.   C. A. 8th Cir.   Certiorari denied.   JUSTICE BLACKMUN
took no part in the consideration or decision of this petition.

No. 88–1867.   FLEMING *v.* MOORE ET AL.   Sup. Ct. Va.   Mo-
tion of petitioner to defer consideration of the petition for writ of
certiorari denied.   Certiorari denied.

No. 88–7026 (A–891).   FEARANCE *v.* TEXAS; and
No. 88–7354 (A–932).   BOWER *v.* TEXAS.   Ct. Crim. App. Tex.
Applications for stays of mandates, presented to JUSTICE WHITE,
and by him referred to the Court, denied.   Certiorari denied.
Reported below: No. 88–7026, 771 S. W. 2d 486; No. 88–7354, 769
S. W. 2d 887.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circum-
stances cruel and unusual punishment prohibited by the Eighth
and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153,
227, 231 (1976), we would grant certiorari and vacate the death
sentences in these cases.